IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00144-BNB

MARTHA ANN SHARP,

    Applicant,

v.

JOE ORTIZ, AND
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] KEN SALAZAR,

    Respondents.

*FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 2 2006

GREGORY C. LANGHAM
CLERK*

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's motion for discovery is DENIED as premature.

Dated: February 2, 2006

---

Copies of this Minute Order mailed on February 2, 2006, to the following:

Martha Ann Sharp
Prisoner No. 115534
DWCF
PO Box 392005
Denver, CO 80239-8001

                                   Secretary/Deputy Clerk