IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00144-BNB

MARTHA ANN SHARP,

    Applicant,

v.

JOE ORTIZ, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] KEN SALAZAR,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 3 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING WARDEN TO PROVIDE COURT WITH A CERTIFIED COPY
OF APPLICANT'S TRUST FUND ACCOUNT STATEMENT

---

Applicant Martha Ann Sharp is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Denver Women's Correctional Facility. She has filed pro se a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On January 26, 2006, the Court ordered Ms. Sharp to cure a deficiency in the case by filing a certified copy of her trust fund account statement for the six-month period immediately preceding this filing.

On February 22, 2006, Applicant submitted and the Court filed a motion titled "Motion of Disposition." In the motion, Ms. Sharp informed the Court that her case manager, Ms. Risner, had refused to issue her a certified account statement. However, she failed to provide any details as to why Ms. Risner refused to issue her a certified account statement. Therefore, on March 6, 2006, the Court ordered Ms. Sharp within

thirty days to inform the Court of the reason or reasons Ms. Risner had refused to issue her a certified account statement in compliance with federal law. On March 10, 2006, Ms. Sharp submitted her response to the March 6 order. In the March 10 response, Ms. Sharp provides Ms. Risner's reasons for refusing to issue her a certified account statement. Ms. Sharp alleges that Ms. Risner contends she can refuse to issue Ms. Sharp a certified account statement. Ms. Risner may be able to do so but the warden at the Denver Women's Correctional Facility may not.

Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts requires a "certificate of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit in any account in the institution." The January 26, 2006, order to cure and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action note this requirement.

The warden of the Denver Women's Correctional Facility will be ordered to obtain from the appropriate prison official and to provide to the Court a certified copy of Ms. Sharp's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on January 20, 2006. Failure to provide such an account statement within the time allowed may result in a Court order directing the warden of the Denver Women's Correctional Facility to pay the $5.00 filing fee owed in this action. Accordingly, it is

ORDERED that the warden of the Denver Women's Correctional Facility obtain from the appropriate prison official and provide the Court with a certified copy of Applicant Martha Ann Sharp's inmate trust fund account statement or institutional

equivalent for the six-month period immediately preceding the filing of this action on January 20, 2006.  It is

FURTHER ORDERED that failure to provide such an account statement within the time allowed may result in a Court order directing the warden of the Denver Women's Correctional Facility to pay the $5.00 filing fee owed in this action.

FURTHER ORDERED that the Clerk of the Court shall mail a copy of this order to the warden of the Denver Women's Correctional Facility.

DATED March 13, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00144-BNB

Martha Ann Sharp
Prisoner No. 115534
DWCF
PO Box 392005
Denver, CO 80239-8001

Warden
DWCF
PO Box 392005
Denver, CO 80239-801

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/13/06

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk